**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Joe Hand Promotions, Inc.,

    Plaintiff,

        V                             Case No.  2:22cv2593

Jeffrey Mathews,               Judge Michael H. Watson

    Defendants.

**DEFAULT JUDGMENT**

(1) Default judgment is GRANTED to Plaintiff as to its claims against Defendant Jeffrey Mathews under 47 U. S.C. §§ 605 and 553.

(2) Plaintiff is ORDERED to either dismiss its copyright claim under 17 U. S.C. § 106 or to move for default judgment on this claim WITHIN TWENTY-ONE DAYS of this Order. Failure to dismiss or so move will result in the Court sua sponte dismissing this claim without prejudice without further warning.

(3) Plaintiff is AWARDED statutory damages in the amount of $1,470, pursuant to 47 U. S.C. § 605(e)(3)(C)(i)(II), for Defendant's violation of 47 U. S.C. § 605(a).

(4) Plaintiff is further AWARDED attorney's fees of $1,350 and costs of $402 pursuant to 47 U. S.C. § 605(e)(3)(B)(iii).

Date:  March 31, 2023                       RICHARD NAGEL, CLERK

                                            By:    s/ Jennifer Kacsor
                                                      Courtroom Deputy